**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUE STANSELL BROWN, individually ) <br> and as surviving spouse of ) <br> John Victor Brown, Jr., deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DONNIE WEBB and ) <br> MIDWEST TRANSPORT, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 3-11-cv-0340 <br> JUDGE TRAUGER <br><br> JURY DEMAND |

**DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S RESPONSE OPPOSING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants, Donnie Webb and Midwest Transport, Inc. respectfully move this Court, pursuant to Rule 7.01(b) of the Local Rules of the Middle District of Tennessee, for leave to file a Reply to Plaintiff's Response Opposing Defendants' Motion for Partial Summary Judgment. A copy of the proposed Reply is attached hereto as Exhibit 1. As grounds for this Motion Defendants state as follows:

On April 30, 2012, Defendants filed a Motion for Partial Summary Judgment on the issue of Plaintiff's claim for punitive damages. In said Motion, Defendants argue that Plaintiff cannot produce evidence of any genuine issue of material fact that could support an award of punitive damages and, therefore, Plaintiff's punitive damages claim should be dismissed as a matter of law. On May 4, 2012, Plaintiff filed a Response Opposing Defendants' Motion setting forth